UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALISHA JO BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:23-CV-01390-AR<br><br>ORDER FOR REMAND |

 Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to obtain vocational evidence, offer the claimant the opportunity for an additional hearing, take any further action needed to complete the administrative record, and issue a new decision. The ALJ's decision should not rely on the unrecorded testimony from the November 2022 hearing. After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

 IT IS SO ORDERED this 28th day of June, 2024.

_____<br>
HON. JEFF ARMISTEAD<br>
UNITED STATES DISTRICT JUDGE